# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** CLARA A QUARTERMAN
**Case Number:** 2:11-bk-07867-SSC  **Chapter:** 7
**Date / Time / Room:** TUESDAY, NOVEMBER 13, 2012 10:00 AM  7TH FLOOR #701
**Bankruptcy Judge:** SARAH SHARER CURLEY
**Courtroom Clerk:** WANDA GARBERICK
**Reporter / ECR:** SELVINA BENNINK

## Matter:

ADV: 2-11-01154

RONALD J. QUARTERMAN vs CLARA A QUARTERMAN

7016 HEARING ON DAMAGES

R / M #:  1 / 0

## Appearances:

JAMES F KAHN, ATTORNEY FOR RONALD J. QUARTERMAN
LAWRENCE B. SLATER, ATTORNEY FOR CLARA A QUARTERMAN
BRAD CRIDER, ATTORNEY FOR RONALD QUARTERMAN

## Proceedings:

Mr. Kahn asked for 90 days to do discovery. He proposes that a judgment be entered and states that parties are working on a figure.

COURT: IT IS ORDERED SETTING THE DISCOVERY CUTOFF DATE FOR FEBRUARY 7, 2013. IT IS FURTHER ORDERED SETTING A FINAL PRE TRIAL CONFERENCE FOR FEBRUARY 14, 2013 AT 10:00 A.M. PARTIES ARE DIRECTED TO FILE THEIR PRE TRIAL STATEMENT PRIOR TO THE HEARING.